## THIRD DEPARTMENT, JULY, 1970

## (July 8, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD C. CARCURO, Appellant.— SWEENEY, J.

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur in memorandum by Sweeney, J.